Schwartz, Appellant, *v.* Comcorp, Inc., d.b.a.
Sun Newspapers, et al., Appellees.

[Cite as *Schwartz v. Comcorp, Inc.* (1994), 69 Ohio St.3d 1206.]

(No. 93–588—Submitted March 30, 1994—Decided May 4, 1994.)

*Kramer & Tobocman Co., L.P.A.,* and *Suzanne M. Nigro; Friedman & Gilbert* and *Terry Gilbert,* for appellant.

*Duvin, Cahn, Barnard & Messerman, Andrew C. Meyer* and *Robert M. Wolff,* for appellees.

*Spater, Gittes, Schulte & Kolman* and *Frederick M. Gittes; Louis A. Jacobs;* and *William Johnson,* urging reversal for *amicus curiae,* Ohio Employment Lawyers Association.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

Moyer, C.J., Wright, Resnick and F.E. Sweeney, JJ., concur.

A.W. Sweeney, Douglas and Pfeifer, JJ., dissent.

Douglas, J., dissenting. I respectfully dissent. I would reverse the court of appeals on the election-of-remedy issue but affirm the court of appeals on the merit issue of alleged age discrimination. There is *no* age discrimination in this case and appellees are entitled to have a final judgment from this court on this issue.

A.W. Sweeney and Pfeifer, JJ., concur in the foregoing dissenting opinion.